# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2011

143465

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

CYNTHIA LITTLETON,
　　　　Defendant-Appellant.
_____/

SC: 143465
COA: 303998
Wayne CC: 10-002762-FH
　　　　　　10-002761-FH
　　　　　　10-003284-FH

　　　　On order of the Court, the application for leave to appeal the June 22, 2011 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Wayne Circuit Court with instructions to amend the judgment of sentence in Case No. 10-002761-FH to reflect a sentence of 12 to 48 months in accordance with the sentence evaluation offered pursuant to *People v Cobbs,* 443 Mich 276 (1993). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2011

Clerk

h1114